IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES LEE TILLEY**                                                                 **PLAINTIFF**

**V.**                        **CASE NO. 4:14-CV-477 JM/BD**

**RICKY SHROUD, et al.**                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Tilley's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 29th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE